SWEENEY v. GIBSON et al.

(Court of Civil Appeals of Texas. Texarkana. Jan. 16, 1913.)

APPEAL AND ERROR (§ 784*)—RECORD—SUFFICIENCY—AFFIRMANCE.

Where only one assignment of error is briefed, and that is based upon a bill of exceptions not filed in time, and no assignments of error are found in the transcript, as required by Rev. St. 1895, art. 1415, the judgment will be affirmed, in the absence of fundamental error.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3126, 3127; Dec. Dig. § 784.*]

Appeal from District Court, Morris County; P. A. Turner, Judge.

Action by Viola Gibson and others against A. W. Sweeney and others. From a judgment for plaintiffs, defendant Sweeney appeals. Affirmed.

Henderson & Bolin, of Daingerfield, for appellant. Taylor & Lipscomb, of Bonham, for appellees.

HODGES, J. This is a suit by the appellees against the appellant, and other parties who do not appeal, to recover a tract of land and damages for removing standing timber therefrom.

There is only one assignment of error in appellant's brief, and that is based upon a bill of exceptions filed after the expiration of the time fixed by an order of the court extending the time allowed by the statute. No assignments of error are to be found in the transcript, as required by statute. Article 1415, Revised Civil Statutes 1895.

There appearing no fundamental errors of which we are required to take notice, in the absence of specific assignments, the judgment of the district court is affirmed.